Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 235; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
ERIC CURTIS

# IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| ERIC CURTIS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NCO FINANCIAL SYSTEMS, INC. )<br>)<br>Defendant. )<br>) | Case No.: 2:09-cv-01708-GEB-EFB<br><br><br><br>**VOLUNTARY DISMISSAL** |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ERIC CURTIS, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: September 15, 2009                                KROHN & MOSS, LTD.


                                                         By: /s/ Michael S. Agruss

                                                         Michael S. Agruss

                                                         Attorney for Plaintiff,
                                                         ERIC CURTIS